## Hanging Rock Corporation *v.* Creditors of Picket Corporation.

### Verlin, Goldberg & Epstein Appeal.

Before HONEYMAN, J.

Argued December 10, 1975. *Herbert D. Rossman,* for appellant; *Michael J. Sheridan,* for appellee, Horace C. Coleman, Jr., a creditor; *Eric A. Weiss,* submitted a brief for appellee, Hanging Rock Corporation.

Order affirmed.

## Harmer et ux., Appellants, *v.* State Farm Mutual Insurance Co.

Argued December 11, 1975. *Howard M. Girsh,* with him *Charles A. Harad,* and *Steinberg and Girsh,* for appellants; *Joel Paul Fishbein,* with him *Bennett, Bricklin & Saltzburg,* for appellee.

Order affirmed.